**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: Kirby Oil Field Supply LLC | § | Case No. 21-31651-sgj7 |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    Anne Elizabeth Burns, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $44,699.74 *(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distribution to Claimants: $99,874.74 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $35,074.64 | |

    3) Total gross receipts of $134,949.38 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $134,949.38 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 176,187.30 | 169,476.33 | 169,069.59 | 88,312.97 |
| PRIORITY CLAIMS |  |  |  |  |
|    CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 35,088.97 | 35,088.97 | 35,074.64 |
|    PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
|    PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 36,681.74 | 26,729.89 | 26,729.89 | 11,561.77 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,230,478.48 | 386,013.02 | 386,013.02 | 0.00 |
| **TOTAL DISBURSEMENTS** | **$1,443,347.52** | **$617,308.21** | **$616,901.47** | **$134,949.38** |

      4) This case was originally filed under Chapter 7 on 09/14/2021. The case was pending for 19 months.

      5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

      6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/03/2023      By: /s/ Anne Elizabeth Burns
                                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 90 days old or less; $0.00- $0.00 | 1129-000 | 1,271.07 |
| Chairs, Desks, Tables | 1129-000 | 500.00 |
| Checking accountFrost Bank; Checking account; 0451 | 1129-000 | 2,098.72 |
| Checking accountFrost Bank; Checking account; 8675 | 1129-000 | 3.50 |
| Computers, Printers, Televisions, Refrigerator, Microwave | 1129-000 | 1,092.70 |
| Flow Iron, Cleaners, PPE, Gloves, Tools, Equipment, Metal Shelving, furniture, fittings, DK-LOKInventory (Oklahoma and D | 1129-000 | 129,330.50 |
| Cash on hand | 1229-000 | 197.09 |
| Insurance Refund | 1290-000 | 121.80 |
| UHC Rebate | 1290-000 | 334.00 |
| **TOTAL GROSS RECEIPTS** | | **$134,949.38** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

### EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | U.S. Small Business Administration | 4210-000 | 150,000.00 | 157,304.79 | 157,304.79 | 76,548.17 |
| NOTFILED | DeLage Landen | 4210-000 | 25,564.69 | 0.00 | 0.00 | 0.00 |
| NOTFILED | First Data Global Leasing | 4210-000 | 622.61 | 0.00 | 0.00 | 0.00 |
| 1 | Dallas County | 4800-000 | N/A | 2,995.80 | 2,995.80 | 2,995.80 |
| 9 | Canadian County Treasurer | 4800-000 | 0.00 | 9,175.74 | 8,769.00 | 8,769.00 |
| **TOTAL SECURED CLAIMS** | | | **$176,187.30** | **$169,476.33** | **$169,069.59** | **$88,312.97** |

### EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Anne Elizabeth Burns | 2100-000 | N/A | 9,997.47 | 9,997.47 | 9,983.14 |
| Sheldon E. Levy, CPA | 3410-000 | N/A | 1,843.75 | 1,843.75 | 1,843.75 |
| Sheldon E. Levy, CPA | 3420-000 | N/A | 60.75 | 60.75 | 60.75 |
| Rosen Systems, Inc. | 3620-000 | N/A | 6,916.64 | 6,916.64 | 6,916.64 |
| Signature Bank | 2600-000 | N/A | 1,706.24 | 1,706.24 | 1,706.24 |
| Cavazos Hendricks Poirot, P.C. | 3110-000 | N/A | 14,197.50 | 14,197.50 | 14,197.50 |
| Cavazos Hendricks Poirot, P.C. | 3120-000 | N/A | 366.62 | 366.62 | 366.62 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | **N/A** | **$35,088.97** | **$35,088.97** | **$35,074.64** |

### EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | | | | |

### EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Oklahoma Tax Commission | 5800-000 | 28,736.46 | 25,979.01 | 25,979.01 | 11,236.98 |
| 5 | TEXAS WORKFORCE COMMISSION | 5800-000 | N/A | 750.88 | 750.88 | 324.79 |
| NOTFILED | Canadian County | 5800-000 | 1,789.28 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Canadian County | 5800-000 | 3,355.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Dallas Central Appraisal District | 5800-000 | 2,801.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$36,681.74** | **$26,729.89** | **$26,729.89** | **$11,561.77** |

### EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Sandong Metal Industry USA, Inc | 7100-000 | 249,706.85 | 75,000.00 | 75,000.00 | 0.00 |
| 3 | SMI Co., Ltd | 7100-000 | N/A | 249,706.84 | 249,706.84 | 0.00 |
| 4 | Oklahoma Tax Commission | 7100-000 | N/A | 3,350.67 | 3,350.67 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | TEXAS WORKFORCE COMMISSION | 7100-000 | N/A | 60.00 | 60.00 | 0.00 |
| 6 | SW Oilfield MFG, Inc | 7100-000 | 160,031.62 | 26,851.00 | 26,851.00 | 0.00 |
| 7 | DE LAGE LANDEN FINANCIAL SERVICES, INC. | 7100-000 | 23,842.62 | 22,386.61 | 22,386.61 | 0.00 |
| 8 | 3-C Valve & Equipment, LP c/o Don Gould | 7100-000 | N/A | 7,731.50 | 7,731.50 | 0.00 |
| 11 | Badger Meter Inc | 7200-000 | 926.40 | 926.40 | 926.40 | 0.00 |
| NOTFILED | 121ElReno, LLC | 7100-000 | 3,500.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | American Block Co. | 7100-000 | 260,962.83 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Blaze Sales & Service | 7100-000 | 103,329.90 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Cantex International (TSI) | 7100-000 | 22,618.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | City of El Reno | 7100-000 | 127.64 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Cox Cable | 7100-000 | 1,290.47 | 0.00 | 0.00 | 0.00 |
| NOTFILED | DK-Lok USA | 7100-000 | 27,530.80 | 0.00 | 0.00 | 0.00 |
| NOTFILED | First Data Global Leasing | 7100-000 | 144.43 | 0.00 | 0.00 | 0.00 |
| NOTFILED | First Data Hardware Services | 7100-000 | 154.43 | 0.00 | 0.00 | 0.00 |
| NOTFILED | First Data Merchant Services | 7100-000 | 234.11 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Hinton A/C | 7100-000 | 242.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Inho Ahn | 7100-000 | 75,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | OG&E | 7100-000 | 343.53 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Oklahoma National Gas | 7100-000 | 661.66 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Omni Corporation | 7100-000 | 86,715.20 | 0.00 | 0.00 | 0.00 |
| NOTFILED | PHMG | 7100-000 | 6,444.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Phoenix Flow Control | 7100-000 | 32,332.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Rabroker Family Partnership | 7100-000 | 4,953.54 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Radius Global Solutions | 7100-000 | 8,999.87 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Titus Industrial | 7100-000 | 160,031.62 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Unifirst | 7100-000 | 354.96 | 0.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$1,230,478.48** | **$386,013.02** | **$386,013.02** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1

| Case Number: | 21-31651 SGJ | Trustee: | Anne Elizabeth Burns |
|---|---|---|---|
| Case Name: | Kirby Oil Field Supply LLC | Filed (f) or Converted (c): | 09/14/21 (f) |
| | | §341(a) Meeting Date: | 10/13/21 |
| Period Ending: | 04/03/23 | Claims Bar Date: | 01/13/22 |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking accountMidFirst Bank; Checking account; 3912 | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Checking accountFrost Bank; Checking account; 0451 | 2,040.10 | 2,098.72 | | 2,098.72 | FA |
| 3 | Checking accountFrost Bank; Checking account; 8675 | 3.50 | 3.50 | | 3.50 | FA |
| 4 | Security Deposit on El Reno, OK location (u)<br>**Debtor added this asset to Amended A/B [DN 5].** | 3,500.00 | 0.00 | | 0.00 | FA |
| 5 | Security Deposit on Dallas, TX location (u)<br>**Debtor added this asset to Amended A/B [DN 5].** | 4,953.54 | 0.00 | | 0.00 | FA |
| 6 | 90 days old or less; $0.00- $0.00 | 0.00 | 1,271.07 | | 1,271.07 | FA |
| 7 | Over 90 days old:$204,505.70-204,429.50 | 76.20 | 0.00 | | 0.00 | FA |
| 8 | Previous Joint Venture with Advanced EnergyEquipment. Fell apart when Advanced EnergyEquipment went out of business. | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Product<br>Debtor's representative stated on the record at the 341 meeting that this asset was inadvertently added. | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Flow Iron, Cleaners, PPE, Gloves, Tools, Equipment, Metal Shelving, furniture, fittings, DK-LOKInventory (Oklahoma and Dallas), Stainless Steel Tubing, TurbineMeters, Display; 08/01/2021; $456,404.94 Book Value | 456,404.94 | 129,330.50 | | 129,330.50 | FA |
| 11 | Chairs, Desks, Tables | 1,000.00 | 500.00 | | 500.00 | FA |
| 12 | Computers, Printers, Televisions, Refrigerator, Microwave | 3,825.00 | 1,092.70 | | 1,092.70 | FA |
| 13 | Metal Shelving, Hand Trucks, Tools, Work Tables | 11,170.00 | 0.00 | | 0.00 | FA |
| 14 | 1 Forklift | 25,000.00 | 0.00 | | 0.00 | FA |
| 15 | www.Kiby-ofs.com | 0.00 | 0.00 | | 0.00 | FA |
| 16 | Customer List Value is unknown | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Cash on hand (u) | 0.00 | 197.09 | | 197.09 | FA |
| 18 | UHC Rebate (u) | 0.00 | 334.00 | | 334.00 | FA |

FORM 1  
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT  
ASSET CASES

Exhibit 8

Page: 2

| Case Number: | 21-31651 SGJ | Trustee: | Anne Elizabeth Burns |
| Case Name: | Kirby Oil Field Supply LLC | Filed (f) or Converted (c): | 09/14/21 (f) |
|  |  | §341(a) Meeting Date: | 10/13/21 |
| Period Ending: | 04/03/23 | Claims Bar Date: | 01/13/22 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19 | Insurance Refund (u) | 0.00 | 0.00 |  | 121.80 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$507,973.28** | **$134,827.58** | | **$134,949.38** | **$0.00** |

**Major activities affecting case closing:**  
STATUS AS OF 06/24/2022:

Professionals: **UPDATE** Order on Application to Employ Sheldon Levy, CPA [DN 39].

Trustee is in the process of finalizing the TFR for submission.

STATUS AS OF 09/30/2021:

On 09/14/2021 Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code, in the U.S. Bankruptcy Court for the Northern District of Texas, Dallas Division.

Asset No. 2 and 3: Balance of funds in bank accounts turned over to Trustee.

Asset No. 6: Turnover of A/R in possession of Debtor's representative.

Asset No. 7: Trustee to investigate collectability of old A/R.

Asset No. 10-13: Order on Motion to Sell to sell entered 10/22/2021 [DN 20]. Auction pending and will close on October 28, 2021.

Asset No. 17: Petty cash turned over to Trustee.

Asset No. 18: United Healthcare premium rebate.

Professionals: Order on Application to Employ Cavazos Hendricks Poirot, P.C. [DN 15]. Order on Application to Employ Rosen Systems, Inc. [16]. Trustee to seek Court authority to hire CPA.

Claims: Trustee to review claims pending close of auction and investigation of old A/R.

**Initial Projected Date of Final Report (TFR):** October 31, 2022         **Current Projected Date of Final Report (TFR):** September 15, 2022 (Actual)

_____April 03, 2023_____                                            /s/ Anne Elizabeth Burns  
Date                                                                                                    Anne Elizabeth Burns

Exhibit 9

# Form 2
## Cash Receipts and Disbursements Record

Page: 1

| Case Number: | 21-31651 SGJ | | Trustee: | Anne Elizabeth Burns |
|---|---|---|---|---|
| Case Name: | Kirby Oil Field Supply LLC | | Bank Name: | Signature Bank |
| | | | Account: | ******8584 - Checking |
| Taxpayer ID#: | **-***4734 | | Blanket Bond: | $300,000.00 (per case limit) |
| Period Ending: | 04/03/23 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/24/21 | Asset #6 | Ferguson | Accounts Recievable | 1129-000 | 228.87 | | 228.87 |
| 09/24/21 | Asset #6 | New Tech Systems | Accounts Recievable | 1129-000 | 999.00 | | 1,227.87 |
| 09/24/21 | Asset #6 | Core & Main | Accounts Recievable | 1129-000 | 43.20 | | 1,271.07 |
| 09/24/21 | Asset #17 | Debtor via Cavazos Hendricks Poirot, P.C. | Debtor's representative, Pat Kirby, delivered $197.09 in cash and change to Trustee's attorney's office.  Funds were deposited into the firm's trust account and a check was written to the Trustee in the same amount.  Mr. Kirby received a receipt for the delivery of the funds. | 1229-000 | 197.09 | | 1,468.16 |
| 10/05/21 | Asset #3 | Frost Bank | Turnover of Bank Account - 8675 | 1129-000 | 3.50 | | 1,471.66 |
| 10/05/21 | Asset #2 | Frost Bank | Turnover of Bank Account -0451 | 1129-000 | 2,098.72 | | 3,570.38 |
| 10/08/21 | Asset #18 | United Healthcare Insurance Company | Health Insurance Premium Rebate for 2020 | 1290-000 | 334.00 | | 3,904.38 |
| 10/25/21 | Asset #11 | Patrick Kirby | Sale proceeds from sale of desk and chair to Patrick Kirby per DN 20. | 1129-000 | 500.00 | | 4,404.38 |
| 10/29/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.34 | 4,399.04 |
| 11/08/21 | Asset #10 | Rosen Systems, Inc. | Sale Proceeds from Auction sale per DN 20 | 1129-000 | 129,330.50 | | 133,729.54 |
| 11/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 159.53 | 133,570.01 |
| 12/07/21 | Asset #12 | Rosen Systems, Inc. | Auction Sale Proceeds per DN 20, 22 | 1129-000 | 1,092.70 | | 134,662.71 |
| 12/13/21 | Asset #19 | Boyd, Shackelford, Barnett & Dixon, LLC | Refund for Insurance Policy | 1290-000 | 121.80 | | 134,784.51 |

Exhibit 9

# Form 2
## Cash Receipts and Disbursements Record

Page: 2

| Case Number: | 21-31651 SGJ | | Trustee: | Anne Elizabeth Burns |
|---|---|---|---|---|
| Case Name: | Kirby Oil Field Supply LLC | | Bank Name: | Signature Bank |
| | | | Account: | ******8584 - Checking |
| Taxpayer ID#: | **-***4734 | | Blanket Bond: | $300,000.00 (per case limit) |
| Period Ending: | 04/03/23 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/31/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 222.75 | 134,561.76 |
| 01/10/22 | 1001 | Rosen Systems, Inc. | Payment to Rosen Expenses per DN 35, 36 | 3620-000 | | 6,916.64 | 127,645.12 |
| 01/12/22 | 1002 | Cavazos Hendricks Poirot, P.C. | Payment of CHP Fees per DN 36. | 3110-000 | | 10,540.00 | 117,105.12 |
| 01/12/22 | 1003 | Cavazos Hendricks Poirot, P.C. | Payment of CHP Expenses per DN 36 | 3120-000 | | 366.62 | 116,738.50 |
| 01/12/22 | 1004 | Anne Elizabeth Burns | Payment of Trustee Commission per DN 36 | 2100-000 | | 9,983.14 | 106,755.36 |
| 01/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 202.07 | 106,553.29 |
| 02/28/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 159.39 | 106,393.90 |
| 03/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 176.21 | 106,217.69 |
| 04/29/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 172.60 | 106,045.09 |
| 05/18/22 | 1005 | Cavazos Hendricks Poirot, P.C. | Payment of CHP Fees per DN 48 | 3110-000 | | 3,657.50 | 102,387.59 |
| 05/18/22 | 1006 | Canadian County Treasurer | Payment of BPP taxes per DN 48 for Parcel ID B 140422 | 4800-000 | | 8,769.00 | 93,618.59 |
| 05/20/22 | 1007 | Dallas County | Payment per DN 48. Account No. 99200924123000000. | 4800-000 | | 2,995.80 | 90,622.79 |
| 05/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 167.61 | 90,455.18 |
| 06/30/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 147.48 | 90,307.70 |

Exhibit 9

# Form 2
## Cash Receipts and Disbursements Record

Page: 3

| Case Number: | 21-31651 SGJ | Trustee: | Anne Elizabeth Burns |
|---|---|---|---|
| Case Name: | Kirby Oil Field Supply LLC | Bank Name: | Signature Bank |
| | | Account: | ******8584 - Checking |
| Taxpayer ID#: | **-***4734 | Blanket Bond: | $300,000.00 (per case limit) |
| Period Ending: | 04/03/23 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/29/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 146.75 | 90,160.95 |
| 08/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 146.51 | 90,014.44 |
| 02/25/23 | 1008 | U.S. Small Business Administration | Claim #10, $76,548.17. | 4210-000 | | 76,548.17 | 13,466.27 |
| 02/25/23 | 1009 | Sheldon E. Levy, CPA | $1,843.75. | 3410-000 | | 1,843.75 | 11,622.52 |
| 02/25/23 | 1010 | Sheldon E. Levy, CPA | $60.75. | 3420-000 | | 60.75 | 11,561.77 |
| 02/25/23 | 1011 | Oklahoma Tax Commission | Claim #4, $11,236.98. | 5800-000 | | 11,236.98 | 324.79 |
| 02/25/23 | 1012 | TEXAS WORKFORCE COMMISSION | Claim #5, $324.79. | 5800-000 | | 324.79 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 134,949.38 | 134,949.38 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 134,949.38 | 134,949.38 | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$134,949.38** | **$134,949.38** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******8584 | 134,949.38 | 134,949.38 | 0.00 |
| | $134,949.38 | $134,949.38 | $0.00 |